**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6109**

_____

THOMAS L. LEWIS,

Petitioner - Appellant,

versus

HOWARD PAINTER, Warden, Mount Olive Correc-
tional Complex,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Charleston.  Charles H. Haden II, Chief
District Judge.  (CA-99-167-2)

_____

Submitted:  May 11, 2000                    Decided:  May 18, 2000

_____

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas L. Lewis, Appellant Pro Se.  Leah Perry Macia, OFFICE OF THE
ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas L. Lewis appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See Lewis v. Painter, No. CA-99-167-2 (S.D.W. Va. Jan. 4, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The district court relied on our interpretation of 28 U.S.C.A. § 2254(d)(1) (West Supp. 1999) announced in Green v. French, 143 F.3d 865 (4th Cir. 1998), cert. denied, 525 U.S. 1090 (1999), to deny Lewis relief. The Supreme Court recently overruled that aspect of Green, however, in Williams v. Taylor, 120 S. Ct. 1495 (2000). We have reviewed Lewis's appeal in light of Williams and conclude the state habeas corpus court's decision was not "'contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court.'" Williams, 120 S. Ct. at 1517 (quoting § 2254(d)(1)).

2